FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLEY YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | No. 4:22-CV-05025-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Rule 41 Stipulation of Dismissal with Prejudice, ECF No. 27. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, ECF No. 27, is **accepted** and **entered into the record**.

2. The above-captioned matter is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 24th day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**